UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION
Case No. 8:19-cv-00188-JSM-SPF

ASHER WALLI, individually, and on behalf of
all others similarly situated,

    Plaintiff,

v.

ADZEEY, LLC, doing business as
THE SOCIAL AGENT,

    Defendant.
_____/

**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE**

Plaintiff, Asher Walli, by and through his undersigned attorneys, pursuant to Rule 41(a)(1)(A)(i), Fed. R. Civ. P., hereby files this Notice of Voluntary Dismissal without Prejudice.

    Respectfully submitted,

    Shawn A. Heller, Esq.
    Florida Bar No. 46346
    shawn@sjlawcollective.com
    Joshua A. Glickman, Esq.
    Florida Bar No. 43994
    josh@sjlawcollective.com

    Social Justice Law Collective, PL
    974 Howard Ave.
    Dunedin FL 34698
    Tel: (202) 709-5744

    Peter Bennett
    Florida Bar No. 68219
    peterbennettlaw@gmail.com
    Richard Bennett
    Florida Bar No.150627

1

richardbennett27@gmail.com

Bennett & Bennett
1200 Anastasia Ave., Ofc 360
Coral Gables, Florida 33134
Tel: (305) 444-5925


By: *s/ Shawn A. Heller*
     Shawn A. Heller


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, on this 30th day of April 2019, which will send a notice of electronic filing to all attorneys of record.

By: *s/ Shawn A. Heller*
     Shawn A. Heller, Esq.